# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GUNN,<br><br>             Plaintiff,<br><br>      v.<br><br>JAMES TILTON, et al.,<br><br>             Defendants. | CASE NO. 1:08-cv-01038-LJO-GBC (PC)<br><br>ORDER STRIKING REQUEST AS FILED IN ERROR<br><br>(Doc. 75) |

  Plaintiff Kevin Gunn ("Plaintiff") is a state prisoner proceeding in forma pauperis ("IFP") in this civil rights action pursuant to 42 U.S.C. § 1983. On December 2, 2011, Plaintiff filed a letter address to a director of a pro bono program. Doc. 75.

  Since Plaintiff's letter was not intended for the Court, the Court will strike Plaintiff's letter filed on December 2, 2011. Doc. 75.

IT IS SO ORDERED.

Dated:    December 20, 2011

                                             UNITED STATES MAGISTRATE JUDGE