# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GUNN, | CASE NO. 1:08-cv-01038-LJO-GBC (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR COPIES |
| v. | (Doc. 79) |
| JAMES TILTON, et al., | |
| Defendants. | |

Plaintiff Kevin Gunn ("Plaintiff") is a state prisoner proceeding in forma pauperis ("IFP") in this civil rights action pursuant to 42 U.S.C. § 1983. On December 13, 2011, Plaintiff filed a motion requesting a copy of his lodged second amended complaint filed December 24, 2009. Doc. 79. Plaintiff asserts that he mailed the original copy of the proposed second amended complaint "for the sole purpose of returning a confirmed copy . . . of (Doc. 29)." Doc. 79. Plaintiff asserts that he is entitled to a copy of the document and argues that the clerk's office erroneously informed Plaintiff that he needed to submit $10.00 to cover the cost of copying the lodged second amended complaint. Doc. 79. On July 23, 2008, the Court sent an informational order which stated:

> You are not required to send this court copies of your documents submitted for filing. Local Rule 5-133(d)(2)(modified). If the filing party wishes the court to return a file-stamped copy, he or she must include one copy for that purpose AND a pre-addressed postage paid envelope. The court cannot provide copies or mailing service for a party, even for an indigent plaintiff proceeding in forma pauperis.

Doc. 3 at 2.

///

///

1

1    Plaintiff is not entitled to a free copy of the second amended complaint and the burden is on
2 the Plaintiff to ensure that he maintains copies of all his court related documents.  Based on the
3 foregoing, the Court HEREBY DENIES Plaintiff's motion filed on December 13, 2011.  Doc 79.

IT IS SO ORDERED.

Dated:    January 9, 2012

UNITED STATES MAGISTRATE JUDGE

2