# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GUNN,<br><br>        Plaintiff,<br><br>    v.<br><br>TILTON, et al.,<br><br>        Defendants. | CASE NO. 1:08-cv-01038-LJO-GBC PC<br><br>ORDER VACATING MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR PENDING SUBMISSION OF PLAINTIFF'S OPPOSITION AND DEFENDANTS' REPLY PURSUANT TO LOCAL RULE 230(L)<br><br>(Doc. 41) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Kevin Gunn, a state prisoner proceeding pro se and in forma pauperis. Pending before the Court is Defendants' motion for summary judgment, filed May 19, 2010. Fed. R. Civ. P. 20, 21.

The Court has reviewed the record in this action and finds that conservation of the Court's resources, and fairness to the parties, is best served by consideration of the pending motion for summary judgment following submission of Plaintiff's opposition and Defendants' reply thereto.

Accordingly, in light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendants' motion for summary judgment, filed May 19, 2010, is ORDERED CONTINUED from the Court's calendar until Plaintiff's opposition and Defendants' subsequent reply is filed and the motion is submitted pursuant to Local Rule 230.

IT IS SO ORDERED.

**Dated:   March 5, 2012**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE