UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GUNN,<br><br>           Plaintiff,<br><br>    v.<br><br>JAMES TILTON, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:08-cv-01038-LJO-GBC (PC)<br><br>ORDER PERMITTING PLAINTIFF OPPORTUNITY TO WITHDRAW OPPOSITION AND FILE AMENDED OPPOSITION IN LIGHT OF SEPARATELY-ISSUED SUMMARY JUDGMENT NOTICE<br><br>(Doc. 41; Doc. 100; Doc. 104)<br><br>TWENTY-ONE DAY DEADLINE |

**I.    Procedural History and *Woods v. Carey***

      Plaintiff Kevin Gunn ("Plaintiff") is a state prisoner proceeding in forma pauperis ("IFP") in this civil rights action pursuant to 42 U.S.C. § 1983. On May 19, 2010, Defendants filed a motion for summary judgment. Doc. 41. On July 31, 2012, Plaintiff filed an opposition in response to the motion for summary judgment. Doc. 100; Doc. 101; Doc. 102; Doc. 103. On August 6, 2012, Defendants filed a notice pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). Doc. 104.

      On July 6, 2012, the Ninth Circuit found that the notice and warning of requirements for opposing a defendant's motion for summary judgment should be issued contemporaneously when a defendant files a motion for summary judgment. *Woods v. Carey*, --- F.3d ---, 2012 WL 2626912, at *4 (9th Cir. Jul. 6, 2012). In order to address the time delay between providing notice and the filing of

Defendants' motion, Defendants filed a notice to Plaintiff, in accordance with *Woods*.

**II.   Plaintiff has Option to (1) Stand on Existing Opposition to Motion for Summary Judgment or (2) File Amended Opposition Per Amended Second Informational Order**

In light of the separately-issued notice pursuant to *Woods*, the Court will provide Plaintiff with two options upon receipt of this order. Plaintiff may either: 1) stand on his previously-filed opposition; or 2) withdraw the existing opposition and file an amended opposition.

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff may elect to:
   a. Stand on his existing opposition already submitted to the Court; or
   b. Withdraw his opposition and file an amended opposition;
2. If Plaintiff does not elect to file an amended opposition in response to this order within **twenty-one (21) days**, the Court will consider his existing opposition in resolving Defendants' motion for summary judgment;
3. If Plaintiff elects to file an amended opposition, the Court will not consider Defendants' existing reply; and
4. Defendants may file an amended reply pursuant to Local Rule 230(l).

IT IS SO ORDERED.

Dated:   August 7, 2012

UNITED STATES MAGISTRATE JUDGE