UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GUNN,<br><br>            Plaintiff,<br><br>      v.<br><br>JAMES TILTON, et al.,<br><br>            Defendants. | Case No.: 1:08-cv-01038-LJO-SAB (PC)<br><br>ORDER REQUESTING CONFIDENTIAL STATEMENTS RE: CASE SELECTION FOR PRISONER SETTLEMENT PROGRAM<br><br>15-DAY DEADLINE |

Plaintiff Kevin Gunn is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against defendants Nunley and Medina for using excessive force in violation of the Eighth Amendment.

The parties to this action shall each, no later than **fifteen** days from the date of the order, submit confidential statements as described below. The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail, fax, e-mail or personal delivery to the court's Alternative Dispute Resolution ("ADR") division at the address, fax number, or e-mail address below and marked "Confidential." Such statements shall be limited to five pages and shall include the following:

1.      The party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding;

1

2. The party's assessment of what factors, if any, will prevent settlement of this matter prior to trial; and

3. Any additional information the court may find useful in determining whether to set this matter for a settlement conference.

Should the Court determine this action to be appropriate for referral to the Prisoner Settlement Program, the Court will set this matter for a settlement conference before a magistrate judge or district judge.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fifteen days from the date of this order, the parties shall submit confidential settlement statements as set forth above; and

2. The Clerk of Court is directed to send a copy of this order to:

> ADR Division, Attention: Sujean Park
> U.S. District Court
> 501 I Street, Suite 4-200
> Sacramento, CA 95814
> Fax: (916) 491-3912
> Email: spark@caed.uscourts.gov

IT IS SO ORDERED.

Dated: **October 8, 2013**

UNITED STATES MAGISTRATE JUDGE