UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GUNN,<br><br>            Plaintiff,<br><br>      v.<br><br>JAMES TILTON, et al.,<br><br>            Defendants. | Case No.: 1:08-cv-01038-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO FILE DISMISSAL ORDER WITHIN THIRTY DAYS FROM THE DATE SERVICE OF THIS ORDER PURSUANT TO SETTLEMENT AGREEMENT |

Plaintiff Kevin Gunn is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302.

On January 9, 2014, a settlement conference was held before the undersigned, and the case settled based on the terms and conditions set forth on the record in open court.  The parties are hereby

///
///
///
///
///
///
///

1

directed to submit a dismissal order pursuant to the terms of the settlement agreement within **thirty (30) days** from the date of service of this order.  The Court retains jurisdiction over the enforceability and validity of a settlement agreement and judgment for a period of one hundred and eighty (180) days after the dismissal is entered or earlier on the agreement of the parties.

IT IS SO ORDERED.

Dated:   **January 13, 2014**

UNITED STATES MAGISTRATE JUDGE