UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GUNN,<br><br>             Plaintiff,<br><br>     v.<br><br>JAMES TILTON, et al.,<br><br>             Defendants. | Case No.: 1:08-cv-01038-SAB (PC)<br><br>ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO STIPULATION BY PARTIES<br><br>[ECF No. 143] |

On January 22, 2014, the parties filed a stipulation of dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of the United States Magistrate Judge. Local Rule 302.

Pursuant to the parties' stipulation,

IT IS HEREBY ORDERED that the instant action is dismissed with prejudice, and the Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **January 23, 2014**

UNITED STATES MAGISTRATE JUDGE

1